UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VANCE LEE BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>MARGARET MIMS, et al.,<br><br>    Defendants.<br>_____/ | 1:13-cv-01020-MJS (PC)<br><br>ORDER (1) GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, and (2) DIRECTING PAYMENT OF INMATE FILING FEE BY FRESNO COUNTY SHERIFF<br><br>(ECF No. 2) |

    Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account. Plaintiff is presently incarcerated at the Fresno County Jail. The Fresno County Sheriff is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

    In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

    1.    Plaintiff's application to proceed in forma pauperis is GRANTED;

1 **2.     The Fresno County Sheriff or his/her designee shall collect payments**
2 **from Plaintiff's prisoner trust account in an amount equal to twenty per**
3 **cent (20%) of the preceding month's income credited to the prisoner's**
4 **trust account and shall forward those payments to the Clerk of the**
5 **Court each time the amount in the account exceeds $10.00, in**
6 **accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been**
7 **collected and forwarded to the Clerk of the Court. The payments shall**
8 **be clearly identified by the name and number assigned to this action;**
9 3.     The Clerk of the Court is directed to serve a copy of this order and a copy of
10     Plaintiff's in forma pauperis application on the Fresno County Sheriff, via the
11     court's electronic case filing system (CM/ECF);
12 4.     The Clerk of the Court is directed to serve a copy of this order on the
13     Financial Department, U.S. District Court, Eastern District of California; and
14 5.     Within sixty (60) days of the date of service of this order, Plaintiff shall submit
15     a certified copy of his prison trust account statement for the six-month period
16     immediately preceding the filing of the complaint, if Plaintiff has not already
17     done so.

20 IT IS SO ORDERED.
21 Dated:     July 15, 2013                    /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE